District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC ALLEN LEE, | CASE NO. C19-05833-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines.

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Joint Pretrial Statement | December 14, 2020 | March 14, 2021 |
| LCR Letter of Compliance Deadline | December 22, 2020 | March 22, 2021 |
| Trial Date | January 11, 2021 | April 11, 2021 |

The purpose for the joint extension is to allow the Plaintiff and the United States sufficient time to prepare settlement documents and file a stipulation of dismissal.

**SO STIPULATED.**

Dated this 14th day of December, 2020.

/s/
Christopher J. Mahoney, WSBA# 22876
Law Offices of Paine, Kilpatrick, Coleman & Mahoney
6923 Lakewood Drive West, #B2
Tacoma, WA 98467
Phone: 253-472-3323

Attorney for Plaintiff

**SO STIPULATED.**

Dated this 14th day of December, 2020.

BRIAN T. MORAN
United States Attorney

s/ *Matt Waldrop*
MATT WALDROP, Ga. Bar # 349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email: james.waldrop@usdoj.gov

Attorney for Defendant

## ORDER

**IT IS SO ORDERED**.

Dated this 14th day of December, 2020.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge