District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC ALLEN LEE,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO.  C19-05833-BJR<br><br>STIPULATED MOTION FOR DISMISSAL AND ORDER |

Plaintiff, Eric Lee, and Defendant, the United States of America, by and through their counsel of record, herby stipulate that the case has been resolved and jointly move this Court for an order dismissing Plaintiff's Complaint with prejudice and without costs or fees to any party.

//
//
//
//
//
//
//
//

DATED this 20th day of April, 2021.

| | |
|---|---|
| LAW OFFICES OF PAINE, KILPATRICK, COLEMAN & MAHONEY<br><br>By: *s/Christopher J. Mahoney*<br>Christopher J. Mahoney, WSBA #22876<br>6923 Lakewood Drive West, #B2<br>Tacoma, WA 98467<br>Phone: (253) 472-3323<br><br>Attorney for Plaintiff | TESSA M. GORMAN<br>Acting United States Attorney<br><br>s/ *Matt Waldrop*<br>MATT WALDROP, Ga. Bar #349571<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email: james.waldrop@usdoj.gov<br><br>Attorneys for Defendant |

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby ORDERED that Plaintiff's Complaint is dismissed with prejudice and without costs or fees to any party.

DATED this 21st day of April, 2021.

_____
Barbara J. Rothstein
United States District Judge